UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| Plaintiff, | ) |
| vs. | ) Cause No. 2:21-CR-98-PPS-JPK (#15) |
| RONNIE ERVIN MAJOR, et al., | ) |
| Defendants. | ) |

## STATEMENT ON BEHALF OF BERNARD SMITH

NOW COMES the Defendant, Bernard Smith, by his attorney, Allan A. Ackerman, and in accordance with the Court's Order of November 24, 2021, defendant, through undersigned counsel, states as follows:

1. That Allan A. Ackerman is the attorney for Bernard Smith in the above—captioned federal criminal prosecution.

2. That the Defendant agrees to the November 7, 2022, trial date.

3. Bernard Smith has no objection, by and through undersigned counsel, to the exclusion of time under the Federal Speedy Trial Act from November 7, 2021 through and including the scheduled trial date of November 7, 2022.

Respectfully submitted,

Allan A. Ackerman                        /s/ Allan A. Ackerman
Allan A. Ackerman, P.C.                  Allan A. Ackerman
19 S. LaSalle Street
Suite 502
Chicago, IL 60603
Telephone: (312) 332-2891
Facsimile: (312) 750-1595
Email: profaaa@aol.com