UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>Plaintiff, )<br>) Cause No. 2:21-CR-98-PPS-JPK (#15)<br>vs. )<br>) Hon. Joshua P. Kolar<br>RONNIE ERVIN MAJOR, et al., ) United States Magistrate Judge<br>)<br>Defendants. ) | |

**MOTION TO WITHDRAW APPEARANCE**

NOW COMES Attorney Allan A. Ackerman, on behalf of Bernard Smith, defendant, and moves to withdraw his appearance on behalf of defendant Bernard Smith. Bernard Smith has retained new counsel.

WHEREFORE, Attorney Allan A. Ackerman, respectfully prays that the Court grant his motion to withdraw his appearance on behalf of defendant Bernard Smith.

Respectfully submitted,

Allan A. Ackerman                               /s/ Allan A. Ackerman
Allan A. Ackerman, P.C.                    Allan A. Ackerman
19 S. LaSalle Street
Suite 502
Chicago, IL 60603
Telephone: (312) 332-2891
Facsimile: (312) 750-1595
Email: profaaa@aol.com

1

## CERTIFICATE OF SERVICE

I certify that on June 6, 2022, service of a true and complete copy of the above and foregoing pleading or paper was served upon each party or attorney of record herein by the electronic case filing system (ECF).

By: /s/ Allan A. Ackerman
Allan A. Ackerman